JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG FITZGERALD CHANLEY, ) | Case No.  CV 09-990-DOC (DTB) |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| ) | |
| JOHN MARSHAL, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.


DATED:   May 14, 2010


*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE